**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PACKET TREAD LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:15-cv-1316-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, INC., | ) |
| Defendant. | ) **JURY TRIAL DEMANDED** |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
SAMSUNG ELECTRONICS AMERICA, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Samsung Electronics America, Inc. ("SEA") by and through its counsel, hereby makes the following disclosures: (1) SEA is a wholly owned subsidiary of Samsung Electronics Co., Ltd., a Korean corporation that is publicly traded on the Korean stock exchange, and (2) no other publicly-held corporation owns 10% or more of SEA stock.

                   Respectfully submitted,

October 6, 2015         By *s/ James D. Jordan*
                    James D. Jordan
                    James R. Ray III
                    **MUNSCH HARDT KOPF & HARR PC**
                    500 N. Akard Street
                    Suite 3800
                    Dallas, TX  75201-6659
                    Tel: (214) 855-7500
                    Fax: (214) 855-7584
                    jjordan@munsch.com
                    jray@munsch.com

                    Andrew N. Thomases (CSB # 177339)
                    (*E.D. Texas Membership Application to be submitted*)
                    James L. Davis (ILSB # 6286015)
                    (*E.D. Texas Membership Application to be submitted*)
                    Daniel Richards (CSB # 280595)
                    (*E.D. Texas Membership Application to be submitted*)
                    **ROPES & GRAY LLP**
                    1900 University Avenue, 6th Floor
                    East Palo Alto, CA  94303
                    Tel:  (650) 617-4000
                    Fax:  (650) 617-4090
                    Andrew.Thomases@ropesgray.com
                    James.L.Davis@ropesgray.com
                    Daniel.Richards@ropesgray.com

                    **Attorneys for Defendant**
                    *SAMSUNG ELECTRONICS AMERICA, INC.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case.

*s/ James D. Jordan*
James D. Jordan